IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JAN 16 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

AMEEN SIMMONS, )
    Plaintiff, )
     )
    v. )    Case No. 1:13-cv-826
     )
WORKPLACE OPTIONS, )
    Defendant. )
     )

## ORDER

The matter is before the Court on the parties' joint motion to vacate the current scheduling order in light of the current settlement in principle (Doc. 15).

Accordingly, for good cause,

It is hereby **ORDERED** that the portion of the September 9, 2013 Order (Doc. 9) relating to the final pretrial conference and the requirements to submit materials at the final pretrial conference is **VACATED**.

It is further **ORDERED** that the final pretrial conference scheduled for January 16, 2014 is **CANCELLED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
January 16, 2014

/s/
T. S. Ellis, III
United States District Judge