**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| AMEEN SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| v. | ) | [Rule 41(a)(1)(ii) F. R. Civ. P.] |
| | ) | |
| WORKPLACE OPTIONS, | ) | Case No. 1:13-cv-00826-TSE-JFA |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ameen Simmons and Defendant Workplace Options, by and through their respective counsel, stipulate that all claims set forth in the Complaint filed in the above-captioned matter shall be DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

By: _____/s/_____

  Joshua Erlich
  Virginia Bar No. 81298
  Email: jerlich@erlichlawoffice.com
  2111 Wilson Blvd., Suite 700
  Arlington, VA  22201
  Telephone:  (703) 791-9087
  Facsimile:  (703-351-9292

  *Attorneys for Plaintiff*

By: _____/s/_____

  B. Patrice Clair
  Virginia Bar No. 80225
  Email: pclair@fordharrison.com
  1300 19th Street, NW, Suite 300
  Washington, DC 20036
  Telephone: (202) 719-2055
  Facsimile: (202) 719-2077

  George J. Oliver
  N.C. State Bar No. 5774
  Admitted *Pro Hac Vice*
  Email:  jerry.oliver@smithmoorelaw.com
  Eric A. Snider
  N.C. State Bar No. 43378
  Admitted *Pro Hac Vice*
  Email: eric.snider@smithmoorelaw.com
  P.O. Box 27525
  Raleigh, North Carolina 27611
  Telephone: (919) 755-8700
  Facsimile: (919) 838-3116

  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE** was served and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

B. Patrice Clair

George J. Oliver

This 6th day of February, 2014.

_____/s/_____
Joshua Erlich
The Erlich Law Office
Virginia Bar No. 81298
Email: jerlich@erlichlawoffice.com
2111 Wilson Blvd., Suite 700
Arlington, VA  22201
Telephone:  (703) 791-9087
Facsimile:  (703) 351-9292