**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

F I L E D

FEB - 6 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| AMEEN SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | **VOLUNTARY STIPULATION OF** |
| | ) | **DISMISSAL WITH PREJUDICE** |
| v. | ) | **[Rule 41(a)(1)(ii) F. R. Civ. P.]** |
| | ) | |
| WORKPLACE OPTIONS, | ) | Case No. 1:13-cv-00826-TSE-JFA |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ameen

Simmons and Defendant Workplace Options, by and through their respective counsel, stipulate

that all claims set forth in the Complaint filed in the above-captioned matter shall be

DISMISSED WITH PREJUDICE, with each party bearing its own costs and attorneys' fees.

By:_____/s/_____

    Joshua Erlich
    Virginia Bar No. 81298
    Email: jerlich@erlichlawoffice.com
    2111 Wilson Blvd., Suite 700
    Arlington, VA  22201
    Telephone:  (703) 791-9087
    Facsimile:  (703-351-9292

    *Attorneys for Plaintiff*

By:_____/s/_____

    B. Patrice Clair
    Virginia Bar No. 80225
    Email: pclair@fordharrison.com
    1300 19th Street, NW, Suite 300
    Washington, DC 20036
    Telephone: (202) 719-2055
    Facsimile: (202) 719-2077

    George J. Oliver
    N.C. State Bar No. 5774
    Admitted *Pro Hac Vice*
    Email: jerry.oliver@smithmoorelaw.com
    Eric A. Snider
    N.C. State Bar No. 43378
    Admitted *Pro Hac Vice*
    Email: eric.snider@smithmoorelaw.com
    P.O. Box 27525
    Raleigh, North Carolina 27611
    Telephone: (919) 755-8700
    Facsimile: (919) 838-3116

    *Attorneys for Defendant*

So Ordered

_____  2/6/14
T. S. Ellis, III
United States District Judge